V & D CORP. v. 580–592 NORTH AVENUE CORP.

November 30, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM W. MURPHY.

November 30, 1976. Petition for certification denied.

ANNELLO SENATORE v. JOHN COST.

November 30, 1976. Petition for certification denied.

LINDA L. BARONE v. JANET L. HARRA.

November 30, 1976. Petition for certification granted.

ROSE ROBERTO v. CAMPBELL SOUP CO.

November 30, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DIEGO CORTES.

November 30, 1976. Petition for certification denied.